# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMAS HERRERA DURAN,<br><br>             Petitioner,<br><br>     v.<br><br>MARTIN BITER, Warden,<br><br>             Respondent. | Case No. CV 11-5450-JST (JEM)<br><br>**J U D G M E N T** |

      In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

      IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: November 5, 2012

                                          JOSEPHINE STATON TUCKER<br>                                          UNITED STATES DISTRICT JUDGE